Jerome J. Schlichter (admitted *pro hac vice*)
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
*Lead Counsel for Plaintiffs*

Eric H. Jaso
SPIRO HARRISON
830 Morris Turnpike 2nd Floor
Short Hills, NJ 07078
(973) 310-4026
ejaso@spiroharrison.com
*Local Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETH BERKELHAMMER, et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> ADP TOTALSOURCE GROUP, INC., et al., <br><br> *Defendants*. | No. 2:20-CV-05696-ES-MAH <br><br> **PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT AS TO NFP OR CERTIFICATION FOR INTERLOCUTORY APPEAL** <br><br> Motion Date: July 19, 2021 |

**PLEASE TAKE NOTICE** that on Monday, July 19, 2021 at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs by and through their undersigned counsel, will move before the Honorable Esther Salas, U.S.D.J., at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an order under Federal Rule of Civil Procedure 54(b) entering a final judgment as to all claims asserted against NFP Retirement Inc. or certifying the Court's Order granting NFP Retirement Inc.'s Motion to Compel Mediation and Arbitration (D.E. No. 95) for interlocutory appeal under 28 U.S.C. §1292(b).

On June 14, 2021, Plaintiffs inquired as to whether NFP opposes the motion. NFP has not provided its position.

June 23, 2021                                Respectfully submitted,

                                             s/ Eric H. Jaso
                                             SPIRO HARRISON
                                             Eric H. Jaso
                                             830 Morris Turnpike 2nd Floor
                                             Short Hills, NJ 07078
                                             (973) 310-4026
                                             ejaso@spiroharrison.com
                                             *Local Counsel for Plaintiffs*

1

                SCHLICHTER BOGARD & DENTON LLP
                Jerome J. Schlichter (*pro hac vice*)
                Michael A. Wolff (*pro hac vice*)
                Sean E. Soyars (*pro hac vice*)
                100 South Fourth Street, Suite 1200
                St. Louis, MO, 63102
                (314) 621-6115
                (314) 621-5934 (fax)
                jschlichter@uselaws.com
                mwolff@uselaws.com
                ssoyars@uselaws.com
                *Lead Counsel for Plaintiffs*