Jerome J. Schlichter (admitted *pro hac vice*)
SCHLICHTER BOGARD LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
*Lead Counsel for Plaintiffs*

Eric H. Jaso (N.J. 004761999)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
(973) 310-4026
ejaso@shnlegal.com
*Local Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BETH BERKELHAMMER, *et al.*, | |
| *Plaintiffs,* | No. 2:20-CV-5696-ES-JRA |
| v. | |
| ADP TOTALSOURCE GROUP, INC., *et al.*, | Motion Return Date: Feb. 3, 2025 |
| *Defendants.* | |

**NOTICE OF PLAINTIFFS' APPEAL FROM OPINION & ORDER GRANTING MOTION TO STRIKE JURY DEMAND [D.E. 265]**

**PLEASE TAKE NOTICE** that on February 3, 2025 at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs by and through

their undersigned counsel, will move before the Honorable Esther Salas, U.S.D.J., at the Martin Luther King Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an order: (1) vacating the Opinion & Order of Magistrate Judge Almonte dated December 26, 2024 granting Defendants' motion to strike Plaintiffs' jury demand (D.E. 265), and (2) denying Defendants' motion to strike Plaintiffs' jury demand (D.E. 237). As more fully detailed in their accompanying Memorandum of Law, Plaintiffs appeal on the ground that Magistrate Judge Almonte's conclusion that Plaintiffs are not entitled to a jury trial is contrary to law because Plaintiffs bring claims to recover damages, a quintessential legal remedy for which the Seventh Amendment guarantees a trial by jury. A proposed form of Order is attached hereto.

Dated: January 9, 2025        Respectfully submitted,

/s/ Eric H. Jaso
SPIRO HARRISON & NELSON
Eric H. Jaso
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
(973) 744-2100
ejaso@shnlegal.com

*Local Counsel for Plaintiffs*

2

SCHLICHTER BOGARD LLP
Jerome J. Schlichter*
Troy A. Doles*
Sean E. Soyars*
100 South Fourth Street, Suite 1200
Saint Louis, Missouri 63102
(314) 621-6115, (314) 621-5934 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
ssoyars@uselaws.com
*admitted *pro hac vice*

*Lead Counsel for Plaintiffs*