Eric H. Jaso (N.J. 004761999)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
(973) 310-4026
ejaso@spiroharrison.com
*Local Counsel for Plaintiffs*

Jerome J. Schlichter (admitted *pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
Saint Louis, Missouri 63102
(314) 621-6115
jschlichter@uselaws.com
[additional counsel on signature page]
*Class Counsel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETH BERKELHAMMER et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ADP TOTALSOURCE GROUP, INC. et al., <br><br> *Defendants*. | No. 2:20-CV-5696 (ES) (JRA) <br><br> **PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AS TO COUNTS I AND II OF THE SECOND AMENDED COMPLAINT** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon (i) the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment as to Count I and II of the Second Amended Complaint; (ii) Plaintiffs' accompanying Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1(a) in support thereof; (iii) the accompanying Declaration of Troy A. Doles dated March 14, 2025 in support thereof, and its accompanying Exhibits; and (iv) all other papers and proceedings in this action, Plaintiffs, by and through their undersigned counsel, will move the United States District Court for the District of New Jersey, before the Honorable Esther Salas, at the Martin Luther King Building and United States Courthouse, situated at 50 Walnut Street in the City of Newark, New Jersey, for an Order (i) pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting summary judgment in favor of Plaintiffs and against Defendants on Counts I and II of the Second Amended Complaint (ECF No. 223); and, (ii) granting Plaintiffs such other and further relief as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request the opportunity to present oral argument on their Motion at a time and date convenient for the Court.

SPIRO HARRISON & NELSON

By: s/ Eric H. Jaso
Eric H. Jaso (NJ 004761999)
Thomas M. Kenny (NJ 012792011)
Francesca Simone (NJ 433392023)
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
(973) 744-2100
ejaso@shnlegal.com
tkenny@shnlegal.com
fsimone@shnlegal.com
*Local Counsel for Plaintiffs*

SCHLICHTER BOGARD LLC
Jerome J. Schlichter (*pro hac vice*)
Troy A. Doles (*pro hac vice*)
Sean E. Soyars (*pro hac vice*)
Kurt C. Struckhoff (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com
jrohlf@uselaws.com
*Class Counsel*

## CERTIFICATE OF SERVICE

I, Eric H. Jaso, hereby certify that on March 14, 2025, I caused the foregoing to be delivered electronically via email to all parties through their counsel of record.

 s/ Eric H. Jaso
Eric H. Jaso

3