Tracee E. Davis
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York  10018
(212) 218-5500

Attorneys for Defendants ADP TotalSource Group,
Inc., Automatic Data Processing, Inc., and ADP
TotalSource Retirement Savings Plan Committee

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETH BERKELHAMMER and NAOMI RUIZ, individually and as representatives of a class of participants and beneficiaries on behalf of the ADP TotalSource Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>ADP TOTALSOURCE GROUP, INC., AUTOMATIC DATA PROCESSING, INC., ADP TOTALSOURCE RETIREMENT SAVINGS PLAN COMMITTEE, NFP RETIREMENT, INC., AND JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.:  2:20-cv-05696(EP)(JRA)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Tracee E. Davis, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendants ADP TotalSource Group, Inc., Automatic Data Processing, Inc., and ADP TotalSource Retirement Savings Plan Committee in the above-captioned matter.  I certify that I am admitted to practice in this Court.

326441723v.1

Dated: June 9, 2026                          SEYFARTH SHAW LLP


                                             By: /s/ Tracee E. Davis
                                                 Tracee E. Davis
                                                 620 Eighth Avenue
                                                 New York, New York  10018
                                                 Tel: (212) 218-5500
                                                 Fax: (212) 218-5526
                                                 tdavis@seyfarth.com

                                             *Attorneys for Defendants ADP TotalSource
                                             Group, Inc., Automatic Data Processing, Inc.,
                                             and ADP TotalSource Retirement Savings Plan
                                             Committee*

326441723v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she electronically filed the foregoing document with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system on this 9th day of June, 2026, which sent notification of such filing to the following counsel of record:

| | |
|---|---|
| Francesca Simone, Esq.<br>Wolfenson & Ashkenazi, P.C.<br>2414 Morris Ave Suite 304<br>Union, NJ 07083<br>Email: francesca@wolfensonlaw.com<br>*Attorney for Plaintiffs* | Thomas Michael Kenny, Esq.<br>Spiro Harrison & Nelson<br>363 Bloomfield Avenue, Suite 2C<br>Montclair, NJ 07042<br>Email: tkenny@shnlegal.com<br>*Attorney for Plaintiffs* |
| Eric H. Jaso, Esq.<br>Spiro Harrison & Nelson<br>363 Bloomfield Avenue, Suite 2C<br>Montclair, NJ 07042<br>Email: ejaso@shnlegal.com<br>*Attorney for Plaintiffs* | Kathleen N. Fennelly, Esq.<br>McElroy, Deutsch, Mulvaney &<br>  Carpenter LLP<br>1300 Mount Kemble Avenue<br>PO Box 2075<br>Morristown, NJ  07962-0161<br>Email: kfennelly@mdmc-law.com<br>*Attorney for Defendant NFP Retirement, Inc.* |
| Thomas R. Curtin, Esq.<br>McElroy, Deutsch, Mulvaney &<br>  Carpenter LLP<br>1300 Mount Kemble Avenue<br>PO Box 2075<br>Morristown, NJ  07962-2078<br>Email: tcurtin@mdmc-law.com<br>*Attorney for Defendant NFP Retirement, Inc.* | George C. Jones<br>McElroy, Deutsch, Mulvaney &<br>  Carpenter LLP<br>1300 Mount Kemble Avenue<br>PO Box 2075<br>Morristown, NJ  07962-2078<br>Email: gjones@mdmc-law.com<br>*Attorney for Defendant NFP Retirement, Inc.* |

*/s/ Tracee E. Davis*
Tracee E. Davis

Dated: June 9, 2026

3

326441723v.1