Thomas M. Kenny (N.J. 012792011)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
(973) 310-4026
tkenny@shnlegal.com
*Local Counsel for Plaintiffs*

Jerome J. Schlichter (admitted *pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
Saint Louis, Missouri 63102
(314) 621-6115
jschlichter@uselaws.com
[additional counsel on signature page]
*Class Counsel*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETH BERKELHAMMER, et al., | |
| *Plaintiffs*, | |
| v. | No. 2:20-CV-5696 (EP) (JRA) |
| ADP TOTALSOURCE GROUP, INC., et al., | **PLAINTIFFS' MOTION TO CONDUCT A TRIAL DEPOSITION OF THEIR EXPERT DONALD STONE** |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that, upon (i) the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Conduct a Trial Deposition of Their Expert Donald Stone; (ii) the accompanying Declaration of Donald Stone in support and the exhibits thereto; (iii) the Proposed Order; and (iv) all other papers and proceedings cited herein, Plaintiffs, by and through their undersigned counsel, will move the United States District Court for the District of New Jersey, before the Honorable José R. Almonte, at the Martin Luther King Building and United States Courthouse, situated at 50 Walnut Street in the City of Newark, New Jersey, for an Order (i) granting Plaintiffs' Motion to Conduct a Trial Deposition of Their Expert Donald Stone; and (ii) granting Plaintiffs such other and further relief as the Court deems just and proper.

Dated: June 12, 2026                    Respectfully submitted,

SPIRO HARRISON & NELSON

By: s/ Thomas M. Kenny
Thomas M. Kenny (NJ 012792011)
Eric H. Jaso (NJ 004761999)
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
(973) 744-2100
tkenny@shnlegal.com
ejaso@shnlegal.com

*Local Counsel for Plaintiffs*

2

SCHLICHTER BOGARD LLC
Jerome J. Schlichter (*pro hac vice*)
Troy A. Doles (*pro hac vice*)
Sean E. Soyars (*pro hac vice*)
Kurt C. Struckhoff (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com
jrohlf@uselaws.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I, Thomas M. Kenny, hereby certify that on June 12, 2026, I caused the foregoing to be delivered electronically via email to all parties through their counsel of record.

 s/ Thomas M. Kenny
Thomas M. Kenny