

**Seyfarth Shaw LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
**T** (312) 460-5000
**F** (312) 460-7000

T (312) 460-5977

www.seyfarth.com

June 22, 2026

<u>**VIA ECF**</u>

Hon. Jose R. Almonte, USMJ
United States District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:**    ***Beth Berkelhammer, et al. v. ADP, Inc., et al.***
         **Civ. No. 2:20-cv-05696-ES-JRA**

Dear Judge Almonte:

As directed by the Court at ECF No. 334, the parties write to report that on June 16, 2026, they attended in-person mediation as directed by the Court. After a full day mediation, the parties were able to reach agreement on the monetary terms of settlement and they are diligently finalizing the remaining non-monetary settlement terms.  The parties therefore request a stay of all pending deadlines until July 24, 2026 while the parties finalize the non-monetary settlement terms, draft the written class action settlement agreement, prepare the required settlement notices, and present motion papers seeking preliminary approval of the settlement by the Court.

Respectfully submitted,

*s/ Alnisa Bell*
Alnisa Bell
Seyfarth Shaw LLP
abell@seyfarth.com

Ada Dolph
Ian H. Morrison
Samuel Schwartz-Fenwick
Seyfarth Shaw LLP
adolph@seyfarth.com
imorrison@seyfarth.com
sschwartz-fenwick@seyfarth.com
*Attorneys for ADP Defendants*

326709357v.1



s/ *Thomas M. Kenny*   (with consent)
Thomas M. Kenny
Spiro Harrison & Nelson
tkenny@shnlegal.com
*Local Counsel for Plaintiffs*

Jerome J. Schlichter (*pro hac vice*)
Troy A. Doles (*pro hac vice*)
Kurt C. Struckhoff (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Schlichter Bogard LLC
jschlichter@uselaws.com
tdoles@uselaws.com
kstruckhoff@uselaws.com
jrohlf@uselaws.com
*Lead Counsel for Plaintiffs*